## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE GONZALEZ, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2723 |
| | : | |
| WELLS FARGO, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 16th day of July, 2018, upon consideration of Ms. Gonzalez's Motion to

Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is

**ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED**.

2.     The Complaint is **DEEMED** filed.

3.     The Complaint is **DISMISSED** without prejudice in accordance with the Court's

memorandum.

4.     Ms. Gonzalez may file an amended complaint within thirty (30) days of the date

of this Order. Any amended complaint shall clearly state the factual basis for Ms. Gonzalez's

claims against Wells Fargo. Upon the filing of an amendment, the Clerk shall not make service

until so **ORDERED**.

5.     If Ms. Gonzalez does not file an amended complaint, this case may be dismissed

for failure to prosecute without further notice.

BY THE COURT:

GENE E.K. PRATTER, J.