IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE GONZALEZ, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2723 |
| | : | |
| WELLS FARGO, *et al.*, | : | |
| Defendants. | : | |

FILED
SEP 07 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 7th day of September, 2018, upon consideration of Plaintiff Diane Gonzalez's *pro se* Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** in accordance with the Court's memorandum. Ms. Gonzalez may not file a second amended complaint in this case.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.

CC: D. Gonzalez 9/7/18